IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES URSINO,

    Plaintiff,                    No. CIV S-05-1764 DFL KJM P

    vs.

POLICE CHIEF HAGARTY, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On September 27 and October 12, 2005, plaintiff filed motions for removal of qualified immunity protections from the defendants. On October 11, 2005, he filed a motion to add David Hutt as a plaintiff. Finally, on October 26, 2005, plaintiff filed a motion for production of the dispatch reports.

        On October 21, 2005, this court ordered plaintiff to provide a completed request to proceed in forma pauperis. Plaintiff has now filed a further request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma

1

pauperis. Until he does so, the court cannot move forward with the case or take action on his motions.

Accordingly, IT IS ORDERED that:

1. Plaintiff's September 27 and October 12, 2005 requests for removal of qualified immunity are denied;

2. Plaintiff's October 11, 2005 request to add David Hutt as a plaintiff is denied;

3. Plaintiff's October 26, 2005 request for the production of dispatch reports is denied;

4. Plaintiff shall submit, within thirty days from the date of this order, a completed request to proceed in forma pauperis and the certified copy of his prison trust account statement on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

5. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
ursi1764.mm