IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES URSINO,

    Plaintiff,                    No. CIV S-05-1764 DFL KJM P

    vs.

POLICE CHIEF HAGARTY, et al.,

    Defendants.              <u>ORDER</u>

_____/

        By an order filed November 22, 2005 plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

        However, on December 5, 2005, plaintiff filed a change of address, showing he is no longer incarcerated. He will be given an additional opportunity to file a request to proceed in forma pauperis.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send plaintiff a copy of the order of
November 22, 2005 (docket no. 17) and a copy of an application to proceed in forma pauperis by a non-prisoner.

2. Plaintiff is directed to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days of the date of this order.  Failure to comply with this order will result in a recommendation that the action be dismissed.

DATED:  December 8, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
ursi1764.fifp